Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Federal Trade Commission,<br>　　　　　　　Plaintiff,<br><br>　　　　vs.<br><br>Dish Network LLC,<br>　　　　　　　Defendant. | )<br>)<br>)<br>)  Case Number: 12-3221<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

　　　**IT IS ORDERED AND ADJUDGED**, pursuant to the Text Order entered on 3/12/2013 by U.S. District Judge Sue E. Myerscough, this case is dismissed without prejudice with leave granted to Plaintiffs to file a claim in Case No. 09-3073 and without prejudice to Dish raising a res judicata defense in Dish I. This case is closed. ------------------------------------------------------

**Dated: March 14, 2013**

　　　　　　　　　　　　　　　　　　s/ Kenneth A. Wells
　　　　　　　　　　　　　　　　　　Kenneth A. Wells
　　　　　　　　　　　　　　　　　　Clerk, U.S. District Court